JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NAJAR LOPEZ,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al,<br>Respondent. | Case No. 5:26-cv-3045-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting the Petition, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Guillermo Najar Lopez (A-Number 248-000-991**) from custody subject only to conditions of release that were in place prior to his detention on April 20, 2026 (if any); Respondents are directed to immediately return any confiscated property and documents to Petitioner upon release; Respondents are ordered not to re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing

standard). Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

Dated: July 24, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge